■ HARRY C. FLEISCHER, Appellant, v. WHITE CLOVER DAIRY, INC., et al., Respondents.— Motions to dismiss appeal denied on condition that appellant argue or submit the appeal at the December 1960 Term, beginning November 28,

1960, for which term the appeal is ordered to be placed on the calendar. The record should be settled promptly before the Trial Justice. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.